Wilber MATEO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75728.

Missouri Court of Appeals,
Western District.

Sept. 23, 2014.

S. Kate Webber, Kansas City, MO, for appellant.

Evan J. Buchheim, Jefferson City, Mo, for respondent.

Before Division Two: GARY D. WITT, P.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Following a jury trial, Wilber Mateo was convicted in the Circuit Court of Jackson County of three counts of endangering the welfare of a child, three counts of child abuse, and one count of first-degree assault. He appeals the judgment of the circuit court denying his motion for post-conviction relief under Supreme Court Rule 29.15 following an evidentiary hearing. Mateo contends that his trial counsel was ineffective for failing to object to the testimony of a social worker concerning the truthfulness of the victim's pre-trial statements. Mateo also claims his trial counsel was ineffective for failing to object to the State's closing argument, which asserted that the victim's injuries must have been caused by a left-handed person, and that Mateo was left-handed based on observation of his note-taking during the trial. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).